[No. 21280–0–I. Division One. December 30, 1988.]

MARY L. HANCOCK, *Appellant,* v. FREDERICK B. SCHEETZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–09928–0, Terrence A. Carroll, J., entered October 16, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 20100–0–I. Division One. December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ZACHARY ROSS HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03604–7, Richard M. Ishikawa, J., entered March 16, 1987. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 18147–5–I. Division One. December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD E. PARISH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02180–7, Richard M. Ishikawa, J., entered March 19, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.